## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

DENIS MANDU,

        Plaintiff,

    v.

CSC HOLDINGS, LLC a/k/a ALTICE,

        Defendants.

Case No. 3:24-cv-00542-SFR-RMS

June 18, 2026

## DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT

Defendant CSC Holdings, LLC (incorrectly named as "CSC Holdings, LLC a/k/a Altice") ("Defendant"), by and through its attorneys and pursuant to the Court's Scheduling Order in this matter dated September 8, 2025 (ECF 64), respectfully submits this Motion for an extension of time for Defendant to file a Motion for Summary Judgment until and including August 14, 2026. As grounds for this motion, Defendant states as follows:

1. Due to various discovery disputes between the parties, Defendant was required to file two motions extending the deadline by which Defendant must file a Motion to Compel Discovery. The Court granted each of those motions and the deadline was set for May 21, 2026. (ECF Nos. 75-78.)

2. Defendant then filed a Motion to Compel Discovery on May 21, 2026, which motion was referred to Magistrate Judge Robert M. Spector for adjudication and remains pending under advisement. (ECF Nos. 79-83.)

3. Defendant's motion outlined several deficiencies with Plaintiff's discovery responses including Plaintiff's lack of any indication that he searched for relevant communications

with past or present employees of Defendant concerning his claims in this case and failure to produce appropriate documentation related to his post-employment earnings.

4.      According to Magistrate Spector's June 1, 2026 Order, Plaintiff must "supplement his production so that he is in full compliance with his discovery obligation" by June 15, 2026, and the parties must either file a joint status report indicating that Plaintiff complied with his obligation or Plaintiff must respond to Defendant's motion on that same day. If necessary, Defendant's reply on said motion is due June 22, 2026.  (ECF No. 83.)  Plaintiff was also ordered to sit for his deposition on June 9, 2026. (*Id.*)

5.      Plaintiff's deposition began on June 9, 2026. However, that deposition revealed several categories of discoverable information that Plaintiff had not yet produced including documents pertaining to Plaintiff's earnings subsequent to his termination from Defendant.  The deposition also revealed that Plaintiff did not perform an adequate search of his electronic devices for possibly-relevant communications. Indeed, Plaintiff testified he only searched for communications using keywords "Optimum" and "Cablevision." Further, although Plaintiff produced his tax returns for tax year 2021-2023 on the night before his deposition, he did not produce his 2024 tax return until the following day (June 10).  As such, Defendant left Plaintiff's deposition open subject to Plaintiff's production of additional discoverable information.

6.      With the exception of the issues involved in Defendant's pending Motion to Compel, discovery has otherwise closed.

7.      The current dispositive motion deadline in this case, and the companion *Rivera* case (3:24-cv-00541) is July 8, 2026, and Defendant requests the additional time to finish the above outstanding discovery, including any necessary and related continuation of Plaintiff's deposition.

326513469v.2

Additionally, my co-counsel Joseph Vento, Esq. (admitted *pro hac vice*), who will be taking the lead role in drafting these motions, is scheduled to be on vacation from June 27 through July 1.

8.    This is Defendant's first request for an extension of this deadline.

9.    On June 12, 2026 and June 18, 2026, we emailed Plaintiff's counsel, John Bochanis, to request Plaintiff's position on this request.  He has not responded.

10.    This request is made in good faith and will not affect any other deadlines or the just, speedy, and inexpensive determination of this action. *See* Fed. R. Civ. P. 1.

WHEREFORE, Defendant respectfully requests that the Court grant this agreed upon motion and extend Defendant's time to file a motion for an order compelling disclosure or discovery pursuant to Fed. R. Civ. P. 37(a).

DATED:  June 18, 2026

Respectfully submitted,

SEYFARTH SHAW LLP


By:  */s/ Randi L. Halbert*

Cameron A. Smith (ct 445270)
CASmith@seyfarth.com

Randi L. Halbert (ct 20601)
rhalbert@seyfarth.com

Joseph Vento (admitted *pro hac vice*)
jvento@seyfarth.com

SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York  10018
Telephone: (212) 218-5500
Facsimile: (212) 218-5526

*Attorneys for Defendant*
*CSC Holdings, LLC*

3

326513469v.2

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on June 18, 2026, a true and correct copy of the foregoing Defendant's

Motion for a Further Extension of Time to File Motion for Summary Judgment, was filed with the

Clerk using the CM/ECF filing system.


<u>/s/ Randi L. Halbert</u>
Randi L. Halbert
*Attorney for Defendant*
*CSC Holdings, LLC*

4

326513469v.2